No. 120.  National Labor Relations Board *v.* Morrison-Knudsen Co., Inc., et al.  C. A. 2d Cir.  Certiorari denied. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *O. P. Easterwood, Jr.* and *Seth W. Morrison* for respondents.

No. 285.  National Labor Relations Board *v.* Local 1566, International Longshoremen's Association.  C. A. 3d Cir.  Certiorari denied. *Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Standau E. Weinbrecht* for petitioner.

No. 311.  United States Steel Corp. et al. *v.* National Labor Relations Board.  C. A. 3d Cir.  Certiorari denied. *John C. Bane, Jr., Charles A. Wolfe* and *J. Albert Woll* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Standau E. Weinbrecht* for respondent.

No. 467.  National Labor Relations Board *v.* Local Union 450, International Union of Operating Engineers, AFL–CIO, et al.  C. A. 5th Cir.  Certiorari denied. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 820.  National Labor Relations Board *v.* Lassing et al.  C. A. 6th Cir.  Certiorari denied. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for petitioner. *D. L. Lansden* for respondents.